## LEVINSON *v.* ROSENHEIM SHOE COMPANY.

LUMPKIN, J. The question involved was whether a waiver of homestead was a mere general waiver, disconnected from the creation of an indebtedness, so as to fall within the ruling in *Ragan* v. *Taff*, 134 *Ga.* 835 (68 S. E. 579), or whether the waiver was made in connection with the creation of the indebtedness and contemporaneously therewith, within a proper construction of that expression as used in the Civil Code (1910), § 3413, so as to fall within the ruling in *Pincus* v. *Meinhard,* 139 *Ga.* 365 (77 S. E. 82). That question was submitted to the jury, who found that the waiver was valid. The evidence authorized such a finding; and no error being complained of in the rulings of the judge pending the trial, a motion for a new trial, based on the general grounds that the verdict was contrary to law and evidence, was properly overruled.

*Judgment affirmed. All the Justices concur.*

JUNE 23, 1915.

Complaint. Before Judge Graham. Pulaski superior court. June 3, 1914.

*M. H. Boyer* and *H. E. Coates,* for plaintiff in error.

*H. F. Lawson,* contra.